IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

OLMAN AGAPITO VALLEJO AGUILERA,

      Petitioner,

v.                                            Case No. 2:26cv317

PAUL PERRY, <u>et al.</u>,

      Respondents.

### <u>FINAL ORDER</u>

Before the court is a Petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. ECF No. 1. In his Petition, the <u>pro se</u> Petitioner seeks either release from ICE custody or a bond hearing before an Immigration Judge. <u>Id.</u> On April 7, 2026, Respondents filed an opposition to the Petition. ECF No. 7. Petitioner did not file a response.

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A)-(B), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges. <u>See</u> ECF No. 6. In a Report and Recommendation ("R&R"), entered on April 10, 2026, the Magistrate Judge recommended that the relief sought by the Petition be granted to the extent Petitioner seeks a bond hearing before an Immigration Judge, but denied to the extent he seeks his immediate release.

ECF No. 8. The parties were advised of their right to file written objections to the R&R. Neither Petitioner nor Respondents filed objections with the court.

Having reviewed the record and having heard no objection to the R&R, the court agrees with the R&R on the grounds stated by the Magistrate Judge and **ADOPTS** and **APPROVES** the R&R, ECF No. 8. Thus, the Petition is **DENIED in part** to the extent Petitioner seeks immediate release, but **GRANTED in part** to the extent he seeks a bond hearing. Accordingly, it is **ORDERED** that: Respondents provide Petitioner with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a) within **FOURTEEN (14) DAYS** of entry of this Final Order; and Respondents are **ENJOINED** from denying bond to Petitioner on the grounds that he is detained pursuant to 8 U.S.C. § 1225(b)(2), or from invoking the automatic stay provision of 8 C.F.R. § 1003.19(i)(2).

It is further **ORDERED** that Respondents file a status report with the Court within **FIVE (5) DAYS** of Petitioner's bond hearing, which shall notify whether Petitioner has been granted bond, or if his request for bond was denied, the reasons for that denial.

The Clerk is **DIRECTED** to forward a copy of this Final Order to Petitioner and counsel for Respondents.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

May 5, 2026

2